| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Angell, M. Faith | 2. Court or Organization<br><br>United States District Court for the Eastern District of PA | 3. Date of Report<br><br>05/31/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

The Robert N.C. Nix, Sr. Federal Building
Suite 211, 900 Market Street
Philadelphia, PA 19107

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Bryn Mawr School of Social Work and Social Research |
| 2. Executive Board Member | Temple Law Alumni Association |
| 3. Board Member to 10/1/2010 | Lombard Swim Club (§ 501 non-profit) |
| 4. Master | Temple American Inn of Court |
| 5. Chair, Program Awards Committee | American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/31/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/14/2012 | Judicial Retirees and Survivors Adm. Annuity - Salary | $153,947.62 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Morris and Adelman, P.C. - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/31/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Apple Computer Inc. | | None | | | Sold | 4/23/12 | J | | SSIC |
| 2. Coa Cola Co Com | A | Dividend | J | T | | | | | |
| 3. CVS Corporation | A | Dividend | J | T | | | | | |
| 4. Google | | None | J | T | | | | | |
| 5. Kimberly-Clark Corp. Com | A | Dividend | J | T | | | | | |
| 6. Lombard Swim Club | | None | J | T | | | | | |
| 7. PNC Bank | A | Interest | J | T | | | | | |
| 8. Proctor Gmbl | A | Dividend | J | T | | | | | |
| 9. Roche Holding LTD Sponsored (ADR) | A | Dividend | J | T | | | | | |
| 10. Teva Pharmaceutical Inds Ltd. (ADR) | A | Dividend | J | T | | | | | |
| 11. General Electric | A | Dividend | J | T | | | | | |
| 12. General Mills | A | Dividend | J | T | | | | | |
| 13. Cerner Corp | | None | J | T | | | | | |
| 14. Ford Motor Co. | | None | | | Sold | 4/23/12 | J | | SSIC |
| 15. Mercadolibre Inc. | A | Dividend | J | T | | | | | |
| 16. Salesforce.com Inc. | A | Dividend | J | T | | | | | |
| 17. Tesla Motors Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Kraft Foods Inc. | A | Dividend | J | T | | | | | |
| 19. ▓▓▓▓ IRA * (see Additional Information) | | None | K | T | | | | | |
| 20. Citi Group | | None | | | Sold | 3/19/12 | J | | SSIC |
| 21. Silver Wheaton Corp. | | None | | | Sold | 3/19/12 | J | | SSIC |
| 22. HealthSpring Inc. | | None | | | Sold | 1/31/12 | J | | SSIC |
| 23. Target Corp | A | Dividend | J | T | | | | | |
| 24. Boeing Corp | | None | J | T | Buy | 11/26/12 | J | | SSIC |
| 25. EMC Corp-Mas | | None | J | T | Buy | 6/4/12 | J | | SSIC |
| 26. Fastenal Co | | None | J | T | Buy | 3/19/12 | J | | SSIC |
| 27. Myriad Genetics Inc. | | None | J | T | Buy | 02/17/12 | J | | SSIC |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/31/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 9 of the 2011 Report was deleted from the 2012 Report - PNC Bank is a repeat of line 7 of this report.
Line 13 of the 2011 Report was deleted from the 2012 Report - Teva is a repeat of line 10 of this report.

Coco Cola, CVS Corp, Google, Kimberly-Clark, Proctor Gmbl, Roche Holding, Teva Pharm., General Electric, General Mills, Cerner, Mercadolibre, Sales Force, Tesla Motors, Kraft Foods and Target Corp. are held by the SSIC Investment Club.
The total value is $82,205.14. My percentage is 12.52%.

Line 19            IRA is made up of:
    Sandridge Energy Inc.
    First Niagra Finl Group
    Halozyme Therapeutics Inc.
    Synthetic Biologics Inc.
    Ziopharm Oncology Inc.

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/31/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ M. Faith Angell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544